**Terry Eugene COOK, Plaintiff—Appellant,**

v.

**Rick SWANSON; Roy Luthrop; Ms. Luthrop, Mailroom Supervisor; Mr. Bell, Associate Warden; E. Rainwater; Leon Gee; Zoltan Vender, Dr.; Bernard Parino, Dr.; P.A. Joyner; P.A. Dawson; Mohammad Naeem; Ven Eneje; David Garcia; Luis Caluo; P.A. Decker; C.E. Floyd; A. Baliano; S. Gal; Art Beeler; E. Blair; H. Silberman, Dr.; Gage Ochsner, Jr., Dr., Defendants—Appellees.**

No. 04–6271.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2004.

Decided June 18, 2004.

Terry Eugene Cook, Appellant pro se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Terry Eugene Cook appeals the district court's order dismissing his action filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cook v. Swanson,* No. CA–03–947–5–BO (E.D.N.C. filed Jan. 20, 2004; entered Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*